ACCEPTED
03-15-00078-CV
4123248
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 11:02:51 AM
JEFFREY D. KYLE
CLERK

# No. 03-15-00078-CV

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/12/2015 11:02:51 AM

JEFFREY D. KYLE
Clerk

_____

CHRIS BELL,
*Appellant*

v.

REPUBLICAN GOVERNORS ASSOCIATION,
*Appellee*

_____

ON APPEAL FROM THE
261ST JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS

_____

**APPELLANT'S UNOPPOSED MOTION TO TRANSFER RECORDS**
_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant, Chris Bell, files this Unopposed Motion to Transfer Records and in support would respectfully show as follows:

This is the second appeal of this case. The first appeal was case number 03-10-00783-CV. That appeal resulted in a reversal and remand. In that appeal, there was a clerk's record and reporter's record containing the entire proceedings, trial record and exhibits. The appellate record in the first appeal should be made a part of the record for this appeal. See Tex. R. App. P. 34.1. Following the Court's

AUS-6063091-1 523389/1

remand to the 261st District Court, the trial court signed the Final Judgment that is the subject of this new appeal. Appellant will request a supplemental clerk's record containing the new filings after remand.

Appellant therefore requests that the Court transfer the existing clerk's record and reporter's record in Case No. 03-10-00783-CV to this appeal so that the parties may refer to the previous record.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By */s/ Elizabeth G. Bloch*
    ELIZABETH G. BLOCH
    State Bar No. 02495500
    Heidi.bloch@huschblackwell.com
    THOMAS H. WATKINS
    State Bar No. 20928000
    Tom.Watkins@huschblackwell.com
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701-4093
    (512) 472-5456 (Telephone)
    (512) 479-1101 (Facsimile)

    ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she has consulted with Terry Scarborough, counsel for Appellee, and he has indicated that Appellee is not opposed to this motion.

/s/ Elizabeth G. Bloch
ELIZABETH G. BLOCH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the 12th day of February, 2015, via the Court's electronic filing system and/or facsimile to the following:

Terry L. Scarborough    (512) 482-6891 (fax)
Hance Scarborough, LLP
111 Congress Ave., Suite 500
Austin, Texas 78701

/s/ Elizabeth G. Bloch